UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 07-427-KSF

ROXANNE UMPHENOUR, *et. al.*                                                                                               PLAINTIFF

v.                       **OPINION AND ORDER**

LYNN JANE MATHIAS, *et. al*.                                                            DEFENDANTS

\* \* \* \* \* \* \*

      This matter is before the court on the plaintiffs' motion to file supplemental evidence. The court, having reviewed the record and being otherwise sufficiently advised, will GRANT the motion. The plaintiffs have set forth sufficient reasons for which the evidence was not filed as part of the plaintiffs' original Response to Defendants' Motion for Disqualification of Plaintiffs' Counsel, and admitting the evidence will not prejudice the defendants.

      Accordingly, the plaintiffs' motion to file supplemental evidence [DE # 22] is GRANTED. The tendered evidence is deemed as filed with the court.

      This the 16th day of July, 2008.



Signed By:

*Karl S. Forester*  KSF

United States Senior Judge